Helen A. Hagner, Plaintiff-Appellee, v. Albert A. Hagner, Defendant-Appellant.

Gen. No. 11,285. 

Second District, First Division.
September 4, 1959.
Released for publication September 22, 1959.

Leonard Lundin, for defendant-appellant; Fredrick F. Kalivoda, for plaintiff-appellee. Opinion by JUSTICE DOVE. Not to be published in full.